The United States District Court
For The District Of Maryland

David Brightwell, #272-087,
　　　　Plaintiff

v.　　　　　　　　　　　Civil Action No. DKC-11-3278

Gregg L. Hershberger, et al.,
　　　~~Defendants~~

## Motion For Court To Seize Evidence

　　Comes now, David Brightwell, hereafter as the plaintiff request this honorable court to "seize and take into custody" the prison jeans that the plaintiff was wearing the day of his assault by the defendants on 2/5/11 and says:

　　1. Plaintiff states, that after speaking with a "certified paralegal" whom happen to be housed in the present cell next to him, cell-BC-701, prisoner, Gregory Marshall #183-459 informed him that the court should seize and have the jeans the plaintiff was wearing the day of his assault by the defendants as evidence and "exhibit."

Plaintiff states, that the jeans will show how he, the plaintiff was dragged down the "tier" the morning of 2/5/11, by the defendants and how the jeans are "torn" on the "left pants" leg of the knee which was busted from being dragged on "c-tier" top tier reeks.

Wherefore, the plaintiff prays this court will grant the present motion.

Respectfully Submitted,

Dated: 2/28/13     David Brightwell # 272-087
P.O. Box 534
Jessup, Maryland 20794

Certificate of Service

I Hereby Certify that on this 28th day of February 2013, Motion For Court To Seize Evidence was sent to the following by way of U.S. Mail to check the Court's Electronic System to:

Office Of The Attorney General
Stephanie Lane-Weber, A.A.G.
St. Paul Plaza - 19th Floor
200 St. Paul Place
Baltimore, Maryland 21202

N. Scott Curtis, Assistant Attorney General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202

Dated: 2/28/13        David Brightwell # 292-087
                     P.O. Box 534
                     Jessup, Maryland 20794