In The United States District Court
For The District Of Maryland

David Brightwell, #272-087
         Plaintiff

v.                             Civil Action No. DKC-11-3278

Gregg L. Hershberger, et al.,
         Defendants
_____/

Plaintiff Motion For Added Exhibit -LP-

   Comes now, David Brightwell, hereafter as the plaintiff, moves this honorable court to receive the prison jeans he had on the morning of 2/5/11, when he was attacked by the defendants and says:

   1. Plaintiff ask this court to receive and accept the "prison jeans" he had on the morning he was attacked by the defendants as evidence and Exhibit -LP-.

   2. Plaintiff states, the "prison jeans" will prove and show of how he was

dragged down the "top tier" and how his left knee was busted by the defendants on the reel of the "top tier", causing the prison jeans of the "left knee" to be tore.

Wherefore, it is prayed in the interest of justice and society that the present motion to receive and accept the "prison jeans" as Exhibit -LP- and evidence, be granted.

Respectfully Submitted,

Dated: 3/25/13   David Brightwell #272-087
P.O. Box 534
Jessup, Maryland 20794

## Certificate Of Service

I Hereby Certify that on this 25th day of March 2013, notice was sent out to the foregoing, Plaintiff Motion For Added Exhibit -LP-, and to check the Court's electronic system as to this motion to:

Stephanie Lane-Weber,
Assistant Attorney General
200 St. Paul Place, 19th Floor
Baltimore, Maryland 21202

H. Scott Curtis, Assistant Attorney General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202

Dated: 3/25/13   David Brightwell #272-087
P.O. Box 534
Jessup, Maryland 20794